1014

ELIZABETH HEWITT, ET AL., *Appellants*, v. THURSTON COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 99-2-01553-1, Daniel J. Berschauer,
J., entered February 9, 2001. *Reversed* by unpublished
opinion per Houghton, J., concurred in by Quinn-Brintnall,
A.C.J., and Seinfeld, J.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT T.
NORTHUP, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-09899-2, Terence Lukens, J., entered July
3, 2000. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH SMITH,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-07115-4, Anthony P. Wartnik, J., entered
June 19, 2000. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN FRANK
SHERER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-00183-1, Anthony P. Wartnik, J., entered
July 31, 2000. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Coleman and Kennedy, JJ.